# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1559.  MAXWELL v. ROICE et al.**

This appeal was docketed on June 2, 2021, such that appellant Shannon Maxwell's initial brief was due on Tuesday, June 22. Rule 23 (a) (appellant's initial brief is due within 20 days of docketing). On June 24, appellee G. Robert Roice moved to dismiss for failure to file a timely brief.

As of Monday, June 28, 2021, Maxwell has not filed an initial brief, moved for an extension of time to do so, or responded to Roice's motion to dismiss. We therefore DISMISS this appeal for failure to file a timely brief. Rule 23 (a) (appellant's failure to file a timely initial brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/28/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.